# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC | § § § § § § | CIVIL NO: WA:20-CV-00317-ADA |
| vs. | | |
| IKO INDUSTRIES, INC | | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the **MARKMAN HEARING** in the above entitled and numbered case is set for **1:30 PM on Wednesday, April 28, 2021**. The hearing will take place via Zoom.

IT IS SO ORDERED this 12th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE