# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>IKO INDUSTRIES, INC.; IKO INDUSTRIES LTD.,<br><br>        Defendants. | Case No. 6:20-cv-00317-ADA |

**KIRSCH RESEARCH AND DEVELOPMENT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF THE RELATED ITC PROCEEDING AND/OR *INTER PARTES* REVIEW OF THE '482 PATENT**

Plaintiff Kirsch Research and Development, LLC ("Kirsch") hereby provides notice of recently issued supplemental authority related to Defendants' Motion to Stay. *See* Dkt. 22, Dkt. 24, Dkt. 25.  On July 7, 2021, after the briefing on the motion was completed, the Court in *Kirsch v. DuPont de Nemours, Inc., et al.*, No. 5:20-cv-00057-RWS, Dkt. No. 269 (E.D. Tex. July 7, 2021), a case in which Kirsch is asserting the same '482 patent as it is in this case, denied a motion to stay of the patent infringement litigation for the '482 patent. A copy of the decision is attached as Exhibit A to this Notice.

Dated: July 30, 2021                              Respectfully submitted,

By: */s/ Benjamin T. Wang*
Benjamin T. Wang (CA Bar No. 228712)
Marc A. Fenster (CA Bar No. 181067)
Andrew D. Weiss (CA Bar No. 232974)
Amy E. Hayden (CA Bar No. 287026)
Jonathan Ma (CA Bar No. 312773)
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile:  (310) 826-6991
Email:      bwang@raklaw.com
            mfenster@raklaw.com
            aweiss@raklaw.com
            ahayden@raklaw.com
            jma@raklaw.com

Matthew D. Aichele (VA Bar No. 77821)
Russ August & Kabat
800 Main Avenue, SW, Suite 200
Washington, DC 20024
Telephone: (202) 664-0623
Email:      maichele@raklaw.com

RINCON VENTURE LAW GROUP
K. Andrew Kent (CA Bar No. 130097)
2801 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (805) 557-0580
Facsimile:  (805) 557-0480

Email:    akent@rincongroup.com

Elizabeth L. DeRieux (State Bar No. 05770585)
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903)845-5770
Email:    ederieux@capshawlaw.com
Attorneys for Plaintiff
*Kirsch Research and Development, LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 30, 2021.

                                                  */s/ Benjamin T. Wang*
                                                  Benjamin T. Wang